IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GUNN, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPECTS DM, LLC<br><br>&<br><br>ICOT HEARING SYSTEMS, LLC d/b/a LISTENCLEAR<br><br>&<br><br>ICOT HOLDINGS, LLC<br><br>&<br><br>JOHN DOE CORPORATIONS 1 THROUGH 10, and OTHER JOHN DOE ENTITES 1 THROUGH 10, all whose true names are unknown.<br><br>Defendant. | Case No.: 4:19-cv-3129-HEA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AGAINST DEFENDANT PROSPECTS DM, INC. ONLY

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff William Gunn and Defendant Prospects DM, Inc, by and through their respective undersigned counsel, with the consent of Defendants ICOT Holdings, LLC and ICOT Hearing Systems, LLC, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant Prospects DM, Inc. only, with each party to bear its own attorney's fees and costs.

Dated: November 17, 2020

                                                        Respectfully Submitted,

**HALVORSEN KLOTE**

/s/ Samantha J. Orlowski
Samantha J. Orlowski, #72058
680 Craig Road, Suite 104
St. Louis, Missouri 63141
P: (314) 451-1314
F: (314) 787-4323
sam@hklawstl.com
*Attorneys for Plaintiff*

**SPENCER FANE, LLP**

/s/ Patrick T. McLaughlin (with consent)
Patrick T. McLaughlin
1 N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
P: (314) 863-7733
F: (314) 862-4656
pmclaughlin@spencerfane.com
*Attorney for Defendant Prospects DM, Inc.*

**CERTIFICATE OF SERVICE**

  I, Samantha J. Orlowski certify that on the 17th of November 2020, I sent the foregoing document via this Court's e-filing system to the following counsel of record:

Helen Mac Murray
Mac Murray and Schuster, LLP
6525 West Oval Campus, Suite 210
New Albany, OH 43054
Email: hmacmurray@mslawgroup.com

Lisa Messner
Mac Murray and Schuster, LLP
6525 W. Campus Oval, Suite 210
New Albany, OH 43054
Email: lmessner@mslawgroup.com

Christopher C. Wager
Mac Murray and Schuster, LLP
6525 W. Campus Oval, Suite 210
New Albany, OH 43054
Email: cwager@mslawgroup.com

Patrick T. McLaughlin
Spencer Fane LLP - St Louis
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Email: pmclaughlin@spencerfane.com

*/s/ Samantha J. Orlowski*