## `IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM GUNN, individually and on Behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No.: 4:19-cv-03129-HEA |
| Prospects DM, LLC, & ICOT HEARING SYSTEMS LLC d/b/a, LISTENCLEAR & ICOT HOLDINGS, LLC, et. al. ) ) ) ) | |
| Defendants. ) | |
| ICOT HOLDINGS, LLC, ) ) | |
| Third-Party Plaintiff/Counter-Defendant, ) ) | |
| vs. ) ) | Case No.: 4:19-cv-03129-HEA |
| Prospects DM, INC. ) ) | |
| Third- Party Defendant/Counterclaimant. ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT ICOT HOLDINGS, LLC AND ICOT HEARING SYSTEMS, LLC d/b/a LISTENCLEAR

COMES NOW, Plaintiff William Gunn, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant ICOT Holdings, LLC and ICOT Hearing Systems, LLC d/b/a ListenClear. The parties are in the process of finalizing their settlement of this matter.

1. Plaintiff expects to file a stipulation of dismissal with prejudice within the next 60 days as part of that settlement.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a stipulation of dismissal as to

Defendant ICOT Holdings, LLC and ICOT Hearing Systems, LLC d/b/a ListenClear, along with any other relief the Court deems just and proper.

Dated: May 3, 2021

Respectfully Submitted,

**HALVORSEN KLOTE**

/s/ Samantha J. Orlowski
Samantha J. Orlowski, #72058
Joel S. Halvorsen, #67032
Gregory M. Klote, #6319301
680 Craig Road, Suite 104
St. Louis, MO  63141
P: (314) 451-1314
F: (314) 787-4323
sam@hklawstl.com
joel@hklawstl.com
greg@hklawstl.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Samantha J. Orlowski certify that on the 3rd of May 2021, I sent the foregoing document via this Court's e-filing system to the following counsel of record:

Helen Mac Murray
Lisa Messner
Christopher C. Wager
Mac Murray and Schuster, LLP
6525 West Oval Campus, Suite 210
New Albany, OH 43054
Email: hmacmurray@mslawgroup.com
Email: lmessner@mslawgroup.com
Email: cwager@mslawgroup.com

Patrick T. McLaughlin
Spencer Fane LLP - St Louis
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Email: pmclaughlin@spencerfane.com

*/s/ Samantha J. Orlowski*