`IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM GUNN, individually and on Behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PROSPECTS DM, LLC,  ICOT HEARING SYSTEMS LLC d/b/a, LISTENCLEAR & ICOT HOLDINGS, LLC, et. al.<br><br>　　　　　Defendants. | Case No.: 4:19-cv-03129-HEA |
| ICOT HOLDINGS, LLC,<br><br>Third-Party Plaintiff/Counter-Defendant,<br><br>vs.<br><br>Prospects DM, INC.<br><br>Third- Party Defendant/Counterclaimant. | Case No.: 4:19-cv-03129-HEA |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL ICOT HEARING SYSTEMS LLC, d/b/a LISTENCLEAR & ICOT HOLDINGS, LLC**

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff William Gunn and Defendants, Third-Party Plaintiffs, and Counter-Defendants ICOT Hearing Systems, LLC d/b/a ListenClear and ICOT Holdings, LLC, by and through their respective undersigned counsel hereby stipulate to the dismissal with prejudice of all claims between Plaintiff and Third-Party Plaintiff/Counter-Defendants ICOT Hearing Systems, LLC d/b/a ListenClear and ICOT Holdings, LLC with each party to bear its own attorney's fees and costs.

Dated: July 6, 2021

1

Respectfully Submitted,

**HALVORSEN KLOTE**

/s/ Samantha J. Orlowski
Samantha J. Orlowski, #72058
680 Craig Road, Suite 104
St. Louis, Missouri 63141
P: (314) 451-1314
F: (314) 787-4323
sam@hklawstl.com
*Attorneys for Plaintiff*

**MAC MURRAY AND SCHUSTER, LLP**

By: /s/ *Lisa Messner* (with consent)
Lisa Messner
Helen Mac Murray
Christopher Wager
6525 West Oval Campus, Suite 210
New Albany, OH 43054
P: (614) 939-9955:
lmessner@mslawgroup.com
hmacmurray@mslawgroup.com
cwager@mslawgroup.com
Attorneys for ICOT Hearing Systems LLC
and ICOT Holdings, LLC

## **CERTIFICATE OF SERVICE**

I, Samantha J. Orlowski certify that on the 6th of July 2021, I sent the foregoing document via this Court's e-filing system to the following counsel of record:

Helen Mac Murray
Mac Murray and Schuster, LLP
6525 West Oval Campus, Suite 210
New Albany, OH 43054
Email: hmacmurray@mslawgroup.com

Lisa Messner
Mac Murray and Schuster, LLP
6525 W. Campus Oval, Suite 210
New Albany, OH 43054
Email: lmessner@mslawgroup.com

Christopher C. Wager
Mac Murray and Schuster, LLP
6525 W. Campus Oval, Suite 210
New Albany, OH 43054
Email: cwager@mslawgroup.com

Patrick T. McLaughlin
Spencer Fane LLP - St Louis
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Email: pmclaughlin@spencerfane.com

*/s/ Samantha J. Orlowski*